| | |
|---|---|
| **DISTRICT COURT OF THE VIRGIN ISLANDS** | |
| **DIVISION OF ST. CROIX** | |

**HELEN JAMES-STEELE,**

                         **Plaintiff,**

   v.

**FORD MOTOR COMPANY,**

                         **Defendant.**

**2004-CV-123**

TO:   Lee J. Rohn, Esq.
        Sunshine S. Benoit, Esq.

## ORDER REGARDING PLAINTIFF'S MOTION FOR INSPECTION

THIS MATTER came before the Court upon Plaintiff's Motion For Inspection (Docket No. 74). Defendant filed an opposition to said motion. The time for filing a reply has expired.

Having reviewed the submissions of the parties, the Court finds that Plaintiff failed to comply with LRCi 37.1, requiring counsel for the parties to confer in good faith prior to the filing of such motion. Consequently, the Court will strike the said motion and order counsel to meet and confer. In the event the parties are unable to agree regarding the inspection of the vehicle, Plaintiff may re-file her motion.

Accordingly, it is now hereby **ORDERED**:

*Steele-James v. Ford Motor Company*
2004-CV-0123
Order Regarding Plaintiff's Motion For Inspection
Page 2

1. Plaintiff's Motion For Inspection (Docket No. 74) is **STRICKEN**.

2. Counsel **shall** meet and confer, at time and place mutually convenient, on or before **Monday, April 22, 2008**.

3. If, after such conference, any dispute regarding any or all of the discovery requests at issue remains, Plaintiff may re-file her motion, with a proper LRCi 37.1 certification and including the details of such conference of counsel.

4. Any failure or refusal to meet and confer or to meet and confer in good faith shall result in sanctions.

        ENTER:

Dated: April 17, 2008

           /s/
    GEORGE W. CANNON, JR.
    U.S. MAGISTRATE JUDGE